# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:09-po-074 |
| | : | |
| -vs- | | Magistrate Judge Sharon L. Ovington |
| | : | |
| ANTHONY S. DAVIS, | | |
| | : | |
| Defendant. | | |

## ORDER WITHDRAWING WARRANT FOR ARREST

TO: **THE UNITED STATES MARSHAL**

**AND ANY OTHER AUTHORIZED OFFICER:**

The warrant for arrest issued for the above Defendant on **December 30, 2011 is hereby WITHDRAWN.**

January 4, 2012

Sharon L. Ovington
United States Magistrate Judge