# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | : | Case No. 3:09-po-74 |
|     -vs- | : | Magistrate Judge Sharon L. Ovington |
| ANTHONY S. DAVIS, | : | |
|     Defendant. | : | |

## ORDER REVOKING PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on January 4, 2012 pursuant to a warrant for arrest issued commanding Defendant to show cause why his probation should not be revoked as set forth in the Amended Petition filed December 30, 2011.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his probation and offered evidence in mitigation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

Without objection by Defendant the Court proceeded to sentencing after allowing Defendant and his counsel an opportunity to make a statement. Defendant is sentenced to a term of imprisonment of one (1) day. Voluntary surrender is permitted.

January 6, 2012

                                                                s/Sharon L. Ovington
                                                                Sharon L. Ovington
                                                          United States Magistrate Judge